John T. Pion, Esquire
Michael F. Nerone, Esquire
Bradley N. Sprout, Esquire
Attorney I.D. No. 43675 / 62446 / 203182
E-mail: jpion@pionlaw.com
E-mail: mnerone@pionlaw.com
E-mail: bsprout@pionlaw.com
**PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C.**
2404 Park Drive
Harrisburg, PA 17110
Phone: 717-737-5833                        **Attorneys for Defendants**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEPKA<br>     Plaintiff | : No. 3:22-cv-00467-MEM<br>: |
| v. | : CIVIL ACTION – LAW<br>: |
| CHARLES H. GARTON, III, RUAN TRANSPORT CORP., and RUAN TRANSPORTATION MANAGEMENT SYSTEMS, INC.<br>     Defendants | :<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

### STIPULATION

AND Now, Come the parties to the above-captioned action, by and through their respective counsel and do hereby agree and stipulate that all allegations that the Defendants' conduct was "gross, wanton and/or reckless" are stricken from the Complaint, without prejudice.

**PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C.**

By: *Michael F Nerone*           Date: 4-1-22
    Michael F. Nerone, Esquire

**MUNLEY LAW, P.C.**

By: *Robert W Munley*           Date: 4/1/22
    Robert W. Munley, III