John T. Pion, Esquire
Michael F. Nerone, Esquire
Bradley N. Sprout, Esquire
Attorney I.D. No. 43675 / 62446 / 203182
E-mail: jpion@pionlaw.com
E-mail: mnerone@pionlaw.com
E-mail: bsprout@pionlaw.com
**PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C.**
2404 Park Drive
Harrisburg, PA 17110
Phone: 717-737-5833

**Attorneys for Defendants**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEPKA<br>　　　　Plaintiff | : <br>: No. 3:22-cv-00467-MEM<br>: |
| v. | : CIVIL ACTION – LAW<br>: |
| CHARLES H. GARTON, III, RUAN TRANSPORT CORP., and RUAN TRANSPORTATION MANAGEMENT SYSTEMS, INC.<br>　　　　Defendants | :<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

## STIPULATION

The parties to the above-captioned action, by and through their respective counsel, hereby agree and stipulate that Defendant, Ruan Transportation Management Systems, Inc., is dismissed from this action without prejudice.

**PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C.**

By: _____     Date: 4/7/2022
　　Bradley N. Sprout, Esquire

**MUNLEY LAW, P.C.**

By: _____     Date: 4/7/2022
　　Robert W. Munley, III

## CERTIFICATE OF SERVICE

I, Bradley N. Sprout, Esquire, of the law firm of Pion, Nerone, Girman, Winslow & Smith, P.C., counsel for the Defendants, Charles H. Garton, III, Ruan Transport Corp., and Ruan Transportation Management Systems, Inc., hereby state that a true and correct copy of the foregoing **Stipulation** was served upon all counsel of record via the Court's ECF System as follows:

>Robert W. Munley, III, Esquire
>Munley Law PC
>The Forum Plaza
>227 Penn Avenue
>Scranton, PA  18503
>Email: bobm@munley.com
>**Attorneys for Plaintiff**

 

 

**PION, NERONE, GIRMAN,
WINSLOW & SMITH, P.C.**

Date:  April 7, 2022

BRADLEY N. SPROUT, ESQUIRE
Attorney I.D. No. 203182